FILED

08 MAY 29 PM 3:34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

**08 CR 1762    JLS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(1)(A)(v)(I) - |
| ALONSO VASQUEZ, | ) Conspiracy to Induce and Encourage |
| | ) Illegal Aliens to Enter the United |
| Defendant. | ) States; Title 18, U.S.C., Sec. 371 |
| | ) and Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(ii) - |
| | ) Conspiracy to Bring in Illegal |
| | ) Aliens for Financial Gain; |
| | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(iv) and |
| | ) (v)(II) - Inducing and Encouraging |
| | ) Illegal Aliens to Enter the United |
| | ) States and Aiding and Abetting; |
| | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(ii) - Bringing |
| | ) in Illegal Aliens for Financial |
| | ) Gain; Title 18, U.S.C., Sec. 2 - |
| | ) Aiding and Abetting. |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury, and continuing up to and including February 1, 2007, within the Southern District of California, and elsewhere, defendant ALONSO VASQUEZ, and Daniela Aguirre-Gomez and Rigoberto Guerrero-Diaz, charged elsewhere, and with the intent to violate the immigration laws of the United States,

CA:em:San Diego
5/29/08

1  did knowingly and intentionally conspire together and with each other
2  and with other persons known and unknown to the grand jury, to
3  encourage and induce illegal aliens, to come to, enter and reside in
4  the United States, knowing and in reckless disregard of the fact that
5  such coming to, entry and residence in the United States is and will
6  be in violation of law, and with the intent to violate the immigration
7  laws of the United States in violation of Title 8, United States Code,
8  Sections 1324(a)(1)(A)(iv).

9                           MANNERS AND MEANS

10     1.    Defendant, ALONSO VASQUEZ, was at all relevant times, a
11           United States Customs and Border Protection officer.

12     2.    At all relevant times, the duties of Defendant, ALONSO
13           VASQUEZ, as a Customs and Border Protection officer,
14           included conducting inspections at the primary vehicle
15           inspection booths at the San Ysidro Port of Entry.

16     3.    At all relevant times, Daniela Aguirre-Gomez, charged
17           elsewhere, drove illegal aliens to the San Ysidro Port of
18           Entry and, once admitted into the United States by
19           defendant, ALONSO VASQUEZ, delivered such aliens to
20           Rigoberto Guerrero-Diaz, charged elsewhere.

21     4.    At all relevant times, Rigoberto Guerrero-Diaz, charged
22           elsewhere, received illegal aliens from Daniela Aguirre-
23           Gomez, charged elsewhere, and helped such aliens reach
24           their ultimate destinations in the United States.

25  //
26  //
27  //
28  //

<u>OVERT ACTS</u>

In furtherance of said conspiracy, and to effect and accomplish the objects thereof, the following overt acts, among others, were committed within the Southern District of California, and elsewhere:

1.   On or about November 7, 2006, Daniela Aguirre-Gomez, charged elsewhere, drove her vehicle with an illegal alien front-seat passenger, for the purpose of financial compensation, to a primary inspection booth at the San Ysidro Port of Entry operated by Defendant, ALONSO VASQUEZ.

2.   On or about November 7, 2006, Daniela Aguirre-Gomez, charged elsewhere, presented an impostor immigration document for such illegal alien for inspection to Defendant, ALONSO VASQUEZ.

3.   On or about November 7, 2006, Defendant, ALONSO VASQUEZ, admitted Daniela Aguirre-Gomez and her illegal alien passenger into the United States without proper inspection.

4.   On or about December 4, 2006, Daniela Aguirre-Gomez, charged elsewhere, drove her vehicle with an illegal alien front-seat passenger, for the purpose of financial compensation, to a primary inspection booth at the San Ysidro Port of Entry operated by Defendant, ALONSO VASQUEZ.

5.   On or about December 4, 2006, Daniela Aguirre-Gomez, charged elsewhere, presented a stolen/lost immigration document for such illegal alien for inspection to Defendant, ALONSO VASQUEZ.

6.   On or about December 4, 2006, Defendant, ALONSO VASQUEZ, admitted Daniela Aguirre-Gomez and her illegal alien passenger into the United States without proper inspection.

7.   On or about December 14, 2006, Daniela Aguirre-Gomez, charged elsewhere, drove her vehicle with an illegal alien front-seat passenger, for the purpose of financial compensation, to a primary inspection booth at the San Ysidro Port of Entry operated by Defendant, ALONSO VASQUEZ.

8.   On or about December 14, 2006, Daniela Aguirre-Gomez, charged elsewhere, presented a stolen/lost immigration document for such illegal alien for inspection to Defendant, ALONSO VASQUEZ.

9.   On or about December 14, 2006, Defendant, ALONSO VASQUEZ, admitted Daniela Aguirre-Gomez and her illegal alien passenger into the United States without proper inspection.

10.  On or about January 17, 2007, Daniela Aguirre-Gomez, charged elsewhere, drove her vehicle with an illegal alien front-seat passenger, for the purpose of financial compensation, to a primary inspection booth at the San Ysidro Port of Entry operated by Defendant, ALONSO VASQUEZ.

11.  On or about January 17, 2007, Daniela Aguirre-Gomez, charged elsewhere, presented a stolen/lost immigration document for such illegal alien for inspection to Defendant, ALONSO VASQUEZ.

12.  On or about January 17, 2007, Defendant, ALONSO VASQUEZ, admitted Daniela Aguirre-Gomez and her illegal alien passenger into the United States without proper inspection.

//
//
//
//

4

13. On or about January 22, 2007, Daniela Aguirre-Gomez, charged elsewhere, drove her vehicle with an illegal alien front-seat passenger, for the purpose of financial compensation, to a primary inspection booth at the San Ysidro Port of Entry operated by Defendant, ALONSO VASQUEZ.

14. On or about January 22, 2007, Daniela Aguirre-Gomez, charged elsewhere, presented a stolen/lost immigration document for such illegal alien for inspection to Defendant, ALONSO VASQUEZ.

15. On or about January 22, 2007, Defendant, ALONSO VASQUEZ, admitted Daniela Aguirre-Gomez and her illegal alien passenger into the United States without proper inspection.

16. On or about January 23, 2007, Daniela Aguirre-Gomez, charged elsewhere, drove her vehicle with an illegal alien front-seat passenger, for the purpose of financial compensation, to a primary inspection booth at the San Ysidro Port of Entry operated by Defendant, ALONSO VASQUEZ.

17. On or about January 23, 2007, Daniela Aguirre-Gomez, charged elsewhere, presented a stolen/lost immigration document for such illegal alien for inspection to Defendant, ALONSO VASQUEZ.

18. On or about January 23, 2007, Defendant, ALONSO VASQUEZ, admitted Daniela Aguirre-Gomez and her illegal alien passenger into the United States without proper inspection.

//
//
//
//

19. On or about January 24, 2007, Daniela Aguirre-Gomez, charged elsewhere, drove her vehicle with an illegal alien front-seat passenger, for the purpose of financial compensation, to a primary inspection booth at the San Ysidro Port of Entry operated by Defendant, ALONSO VASQUEZ.

20. On or about January 24, 2007, Daniela Aguirre-Gomez, charged elsewhere, presented a stolen/lost immigration document for such illegal alien for inspection to Defendant, ALONSO VASQUEZ.

21. On or about January 24, 2007, Defendant, ALONSO VASQUEZ, admitted Daniela Aguirre-Gomez and her illegal alien passenger into the United States without proper inspection.

22. On or about January 29, 2007, Daniela Aguirre-Gomez, charged elsewhere, drove her vehicle with an illegal alien front-seat passenger, for the purpose of financial compensation, to a primary inspection booth at the San Ysidro Port of Entry operated by Defendant, ALONSO VASQUEZ.

23. On or about January 29, 2007, Daniela Aguirre-Gomez, charged elsewhere, presented a stolen/lost immigration document for such illegal alien for inspection to Defendant, ALONSO VASQUEZ.

24. On or about January 29, 2007, Defendant, ALONSO VASQUEZ, admitted Daniela Aguirre-Gomez and her illegal alien passenger into the United States without proper inspection.

//
//
//
//

25.  On or about February 1, 2007, Daniela Aguirre-Gomez, charged elsewhere, drove her vehicle with an illegal alien front-seat passenger, namely Gonzalo Felix-Zazueta, for the purpose of financial compensation, to a primary inspection booth at the San Ysidro Port of Entry operated by Defendant, ALONSO VASQUEZ.

26.  On or about February 1, 2007, Daniela Aguirre-Gomez, charged elsewhere, presented an immigration document on behalf of her front-seat passenger, namely Gonzalo Felix-Zazueta, such document having never been legally issued to such alien, for inspection to Defendant, ALONSO VASQUEZ.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

## Count 2

Beginning on a date unknown to the grand jury, and continuing up to and including February 1, 2007, within the Southern District of California, and elsewhere, defendant ALONSO VASQUEZ, and Daniela Aguirre-Gomez and Rigoberto Guerrero-Diaz, charged elsewhere, and with the intent to violate the immigration laws of the United States, did knowingly and intentionally conspire together and with each other and with other persons known and unknown to the grand jury, to bring illegal aliens to the United States for the purpose of commercial advantage and private financial gain knowing and in reckless disregard of the fact that such aliens had not received prior official authorization to come to, enter and reside in the United States, and with the intent to violate the immigration laws of the United States in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

<u>MANNERS AND MEANS</u>

The United States incorporates by reference the same paragraphs listed under the Manners and Means section in Count 1.

<u>OVERT ACTS</u>

The United States incorporates by reference the same paragraphs listed under the Overt Acts section in Count 1.

All in violation of Title 18, United States Code, Section 371 and Title 8, United States Code, Section 1324(a)(2)(B)(ii).

<u>Counts 3-10</u>

On or about the dates listed below, within the Southern District of California, defendant ALONSO VASQUEZ, with the intent to violate the immigration laws of the United States, did encourage and induce aliens, known and unknown to the grand jury and named below, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law:

| COUNT | DATE | ALIEN |
|---|---|---|
| 3 | November 7, 2006 | Alien No. 1. |
| 4 | December 4, 2006 | Alien No. 2, aka, C. Barbara-Rangel. |
| 5 | December 14, 2006 | Alien No. 3, aka, L. Fernandez-Aguilar. |
| 6 | January 17, 2007 | Alien No. 4, aka, A. Galindo-Crespo. |
| 7 | January 22, 2007 | Alien No. 5, aka, A. Galindo-Crespo. |
| 8 | January 23, 2007 | Alien No. 6, aka, A. Galindo-Crespo. |
| 9 | January 24, 2007 | Alien No. 7, aka, L. Fernandez-Aguilar. |
| 10 | January 29, 2007 | Alien No. 8, aka, A. Torres-Morales. |

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

8

<u>Count 11-18</u>

On or about the dates listed below, within the Southern District of California, defendant ALONSO VASQUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, known and unknown to the grand jury and named below, had not received prior official authorization to come to, enter and reside in the United States, aided and abetted the bringing to the United States said aliens for the purpose of commercial advantage and private financial gain:

| COUNT | DATE | ALIEN |
|---|---|---|
| 11 | November 7, 2006 | Alien No. 1. |
| 12 | December 4, 2006 | Alien No. 2, aka, C. Barbara-Rangel. |
| 13 | December 14, 2006 | Alien No. 3, aka, L. Fernandez-Aguilar. |
| 14 | January 17, 2007 | Alien No. 4, aka, A. Galindo-Crespo. |
| 15 | January 22, 2007 | Alien No. 5, aka, A. Galindo-Crespo. |
| 16 | January 23, 2007 | Alien No. 6, aka, A. Galindo-Crespo. |
| 17 | January 24, 2007 | Alien No. 7, aka, L. Fernandez-Aguilar. |
| 18 | January 29, 2007 | Alien No. 8, aka, A. Torres-Morales. |

all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DATED: May 29, 2008.

A TRUE BILL:

_Shawn L. Lyon_
Foreperson

KAREN P. HEWITT
United States Attorney

By: _Carlos Arguello_
CARLOS ARGUELLO
Assistant U.S. Attorney

9