FILED

08 MAY 29 PM 3:34

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  Criminal Case No. '08 CR 1762 JLS
              Plaintiff,   )
                           )
     v.                    )  NOTICE OF RELATED CASE
                           )
ALONSO VASQUEZ,            )
                           )
              Defendant.   )
_____)

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Daniela Aguirre-Gomez, et al., Criminal Case No. 07CR0494-W.

DATED: May 29, 2008.

KAREN P. HEWITT
United States Attorney

CARLOS ARGUELLO
Assistant U.S. Attorney