**ORDERED SEALED BY COURT**

unsealed 6/4/08

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

**NOT FOR PUBLIC VIEW**

UNITED STATES OF AMERICA

V.

Alonso Vasquez

## WARRANT FOR ARREST

**CASE NUMBER:** 08cr1762 JLS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Alonso Vasquez_____
                                           Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

8:1324(a)(1)(A)(v)(I) - Conspiracy to Induce and Encourage Illegal Aliens to Enter the United States; 18:371 and 8:1324(a)(2)(B)(ii) - Conspiracy to Bring in Illegal Aliens for Financial Gain; 8:1324(a)(1)(A)(iv) and (v)(II) - Inducing and Encouraging Illegal Aliens to Enter the United States and Aiding and Abetting; 8:1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; 18:2 - Aiding and Abetting

In violation of Title _____See Above_____ United States Code, Section(s)

W. Samuel Hamrick, Jr.
Name of Issuing Officer

A. Eve (SEAL)
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

May 29, 2008   San Diego, CA
Date and Location

Bail fixed at $ _____ by   The Honorable Jan M. Adler
                                 Name of Judicial Officer

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 MAY 29 P 4:22

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |