## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES**

CASE NO.:          08-CR-1762-JLS          CASE TITLE:     USA v. Vasquez
E-FILED DATE:      06/24/2008              DOCUMENT NO.:   9
DOCUMENT TITLE:    Acknowledgment of Continuance of Hearing Date (incorrectly docketed by filer as Motion to Continue)
DOCUMENT FILED BY: Defendant

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

|   | Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|   | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| X | ECF § 2(a), (g) | Docket entry does not accurately reflect the document filed |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments |
|   | ECF § 2(f) | Lacking proper signature |
|   | Civ. L. Rule 5.1<br>Crim. L. Rule 47.1 | Missing time and date on motion and/or supporting documentation |
|   | Civ. L. Rule 7.1<br>Crim. L. Rule 32.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
|   | Civ. L. Rule 7.1<br>Crim. L. Rule 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1<br>Crim. L. Rule 47.1 | Briefs or memoranda exceed length restrictions |
|   |   | Supplemental documents require court order |
| X |   | OTHER:  Please e-file a joint motion to continue along with Defendant's acknowledgment of next hearing date and e-mail a proposed order to Judge Sammartino's e-mail address.  See ECF Rules 2(f)(4) and 2(h). |

**IT IS HEREBY ORDERED**:

|   |   |
|---|---|
|   | The document is accepted despite the discrepancy noted above.  Any further non-compliant documents may be stricken from the record. |
| X | The document is rejected.  It is ordered that the Clerk **STRIKE** the document from the record and serve a copy of this order on all parties. |

Counsel is advised that any further failure to comply with the Local Rules or Electronic Case Filing Administrative Policies and Procedures Manual may lead to penalties pursuant to Civil Local Rule 83.1.

DATED:  June 24, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge