DANIEL M. SMITH, ESQ. (SBN: 149334)
Kerry Steigerwalt's Pacific Law Center
4225 Executive Square Suite 1500
La Jolla, CA 92037
Phone (619) 565-2735 Fax: (619) 422-0159


Attorney for Defendant.
**ALONZO VASQUEZ**

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> **ALONZO VASQUEZ**, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) | Case No.  08-CR1762-JLS <br><br> JOINT MOTION TO CONTINUE <br> MOTION HEARING DATE <br><br><br> Date:    June 27, 2008 <br> Time:    1:30 pm |

    IT IS HEREBY AGREED BETWEEN PARTIES, that the presently scheduled motion

hearing, date of June 27, 2008 at 1:30 p.m., is continued to July 25, 2008, at 1:30 p.m.


DATED:        6/24/08                              /S/ Carlos Arguello
                                                                                                            CARLOS ARGUELLO, ESQ.
                                                                                                            Assistant United States Attorney


DATED:        6/24/08                               /S/ Daniel M. Smith
                                                                                                            DANIEL M. SMITH, ESQ.
                                                                                                            Attorney for Defendant