DANIEL M. SMITH, ESQ. (SBN: 149334)
Kerry Steigerwalt's Pacific Law Center
4225 Executive Square Suite 1500
La Jolla, CA 92037
Phone (619) 565-2735 Fax: (619) 422-0159

Attorney for Defendant.
**ALONZO VASQUEZ**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br>v.<br><br>ALONZO VASQUEZ,<br><br>   Defendant. | Criminal Case No. 08-CR-1762-JLS<br><br>**ACKNOWLEDGMENT OF CONTINUANCE OF HEARING DATE**<br><br>Date:  June 27, 2008<br>Time:  1:30 pm |

TO: KAREN P. HEWITT, ACTING UNITED STATES ATTORNEY, AND CARLOS ARGUELLO ASSISTANT TO UNITED STATES ATTORNEY:

GOOD CAUSE APPEARING, the defendant in the above referenced matter, Alonzo Vasquez, hereby acknowledges the continuance of the presently scheduled motion hearing date of June 27, 2008 at 1:30 p.m., to July 25th, 2008 at 1:30 p.m.

DATED: 6-24-08

Alonzo Vasquez

Respectfully Submitted,

DATED: 6/24/08

Daniel M. Smith
Attorney for Defendant

-1-