# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> **ALONZO VASQUEZ**, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | Case No. 08-CR1762-JLS <br><br> ORDER GRANTING JOINT MOTION TO <br> CONTINUE MOTION HEARING DATE <br><br><br> Date:    June 27, 2008 <br> Time:   1:30 pm |

The Court, having considered the Joint Motion to Continue Motion Hearing Date, and good cause appearing for the Joint Motion;

IT IS HEREBY ORDERED that the presently scheduled motion hearing, date of June 27, 2008 at 1:30 p.m., is continued to July 25, 2008, at 1:30 p.m.

IT IS SO ORDERED.

DATED: June 25, 2008

*Janis L. Sammartino*
HON. JANIS L. SAMMARTINO
JUDGE OF THE DISTRICT COURT

ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING DATE                    08CR1762

-1-