DANIEL M. SMITH, ESQ. (SBN: 149334)
Kerry Steigerwalt's Pacific Law Center
4225 Executive Square Suite 1500
La Jolla, CA 92037
Phone (619) 565-2735 Fax: (619) 422-0159

Attorney for Defendant.
**ALONZO VASQUEZ**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> **ALONZO VASQUEZ**, ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____ ) | Case No. 08-CR1762-JLS <br><br> JOINT MOTION TO CONTINUE <br> MOTION HEARING DATE <br><br><br><br> Date:   July 25, 2008 <br> Time:   1:30 pm |

IT IS HEREBY AGREED BETWEEN PARTIES, that the presently scheduled motion hearing, date of July 25, 2008 at 1:30 p.m., is continued to September 12, 2008, at 1:30 p.m.

DATED:      7/23/08                          /S/ Carlos Arguello
                                             CARLOS ARGUELLO, ESQ.
                                             Assistant United States Attorney


DATED:      7/23/08                          /S/ Daniel M. Smith
                                             DANIEL M. SMITH, ESQ.
                                             Attorney for Defendant

JOINT MOTION TO CONTINUE MOTION HEARING DATE                               08CR1762

-1-