DANIEL M. SMITH, ESQ. (SBN: 149334)
Kerry Steigerwalt's Pacific Law Center
4225 Executive Square Suite 1500
La Jolla, CA 92037
Phone (619) 565-2735 Fax: (619) 422-0159

Attorney for Defendant.
**ALONZO VASQUEZ**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-CR1762-JLS |
| Plaintiff, | |
| v. | **ACKNOWLEDGMENT OF CONTINUANCE OF HEARING DATE** |
| **ALONZO VASQUEZ,** | |
| Defendant. | Date: July 25, 2008 |
| | Time: 1:30 pm |

TO: KAREN P. HEWITT, ACTING UNITED STATES ATTORNEY, AND CARLOS ARGUELLO, ASSISTANT UNITED STATES ATTORNEY:

GOOD CAUSING APPEARING, the defendant in the above-referenced matter, Alonzo Vasquez, herby acknowledges the continuance of the presently scheduled motion hearing date of July 25, 2008 at 1:30 p.m., to September 12, 2008 at 1:30 p.m.

DATED: 7/23/08

_____
Alonzo Vasquez

Respectfully Submitted,

DATED: 7/23/08

_____
DANIEL M. SMITH, ESQ.
Attorney for Defendant

ACKNOWLEDGEMENT OF CONTINUANCE OF HEARING DATE                         08CR1762

-1-

Case 3:08-cr-01762-JLS    Document 15    Filed 07/23/2008    Page 2 of 2