**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR1762-JLS |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING DATE |
| | ) | |
| **ALONZO VASQUEZ**, | ) | |
| Defendant. | ) | Date: July 25, 2008 |
| | ) | Time: 1:30 pm |

The Court, having considered the Joint Motion to Continue Motion Hearing Date, and good cause appearing for the Joint Motion;

IT IS HEREBY ORDERED that the presently scheduled motion hearing, date of July 25, 2008 at 1:30 p.m., is continued to September 12, 2008, at 1:30 p.m.

IT IS SO ORDERED.

DATED: July 24, 2008

_____
HON. JANIS L. SAMMARTINO
JUDGE OF THE DISTRICT COURT

ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING DATE                    08CR1762

-1-